# CASE ANNOUNCEMENTS

*April 30, 2013*

[Cite as *04/30/2013 Case Announcements*, 2013-Ohio-1744.]

## MISCELLANEOUS DISMISSALS

2012–1929.   State ex rel. Phillips v. Hoover Ball & Bearing Co.
Franklin App. No. 11AP–829, 2012-Ohio-5148. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*May 1, 2013*

[Cite as *05/01/2013 Case Announcements*, 2013-Ohio-1763.]

## DISCIPLINARY CASES

1998–0719.   Disciplinary Counsel v. Harris.
This cause came on for further consideration upon respondent's filing of a motion to purge contempt.
Upon consideration thereof, this court orders that the motion is granted.

# CASE ANNOUNCEMENTS

*May 2, 2013*

[Cite as *05/02/2013 Case Announcements*, 2013-Ohio-1778.]

## MOTION AND PROCEDURAL RULINGS

2013–0274.   State ex rel. Swanson v. Maier.
In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto.

Upon consideration of respondent's motion to seal the evidence submitted by relator or, in the alternative, to compel relator to redact evidence, and for sanctions and attorney fees, it is ordered by the court that the motion to compel relator to redact evidence is granted.

Further, it is ordered by the court that counsel for both relator and respondent review relator's and respondent's submissions of evidence and assist each other in discovering personal identifiers in both submissions that require redaction.

Counsel for both relator and respondent shall come to the Supreme Court of Ohio clerk's office and redact all personal identifiers, as defined by Sup.R. 44(H) and S.Ct.Prac.R. 3.12, in their respective submissions of evidence, within ten days of the date of this entry. Counsel for both relator and respondent shall also file with the court a personal identifier form as required in S.Ct.Prac.R. 3.12(B)(2).

Further, the motion for sanctions and attorney fees is denied.

2013–0513.   In re Ohio Edison Co., Cleveland Elec. Illum. Co., and Toledo Edison Co. for Auth. to Provide for a Std. Serv. Offer Pursuant to R.C. 4928.143, in the Form of an Elec. Security Plan.